[No. 25662-9-I. Division One. August 3, 1992.]

*In the Matter of the Personal Restraint of*
MARVIN ELLIS STANDIFER, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 25777-3-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER T. ROYBAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-04047-8, Stephen M. Gaddis, J. Pro Tem., entered February 20, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 27738-3-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE CASANAS CHEESMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-04252-5, William L. Downing, J., entered January 29, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 27047-8-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHLEEN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-01500-1, Susan R. Agid, J., entered September 7, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Baker, JJ.